# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERION LEE,<br>Petitioner,<br>v.<br>L. LANDY, WARDEN<br>Respondent. | No. 2:25-cv-7559-JAK-DSR<br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No timely objections have been filed to the Report and Recommendation.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge, GRANTS Respondent's Motion to Dismiss, and directs Judgment be entered DISMISSING this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record.

IT IS SO ORDERED.

DATED: November 10, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE