JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DERION LEE,

Petitioner,

v.

L. LANDY, WARDEN

Respondent.

No. 2:25-cv-7559-JAK-DSR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice and that judgment is entered in favor of Respondent and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

DATED: November 10, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE